GEOFFREY A. HANSEN
Acting Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: ellen_leonida@fd.org

Counsel for Defendant
JOSE RAMIREZ

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 11-00151 CW |
| Plaintiff, | STIPULATION AND ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| v. | |
| JOSE RAMIREZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of pretrial release for Jose Ramirez may be modified to allow him to travel with his family to the Los Angeles area to see his grandparents, who are visiting from out of the country. Mr. Ramirez will leave on April 6, 2012 and return on April 9, 2012. While he is away, he will stay with relatives at 10021 Bevis Avenue in Mission Hills. Pretrial Services Officer Gelareh Farahmand is aware of the proposed modification and has no objection. All other conditions of release shall remain the same.

DATED: April 6, 2012                              /s/
                                                              ELLEN V. LEONIDA
                                                              Assistant Federal Public Defender

DATED: April 6, 2012                              /s/
                                                              BARBARA SILANO
                                                              Assistant United States Attorney

CR 11-00151 CW
Stipulation and Order Modifying Pretrial Release
Conditions                                                              1

1

# ORDER

2  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial

3  release for Jose Ramirez may be modified to allow him to travel to the Lose Angeles Area between

4  April 6, 2012 and Apri 9, 2012.  All other conditions of release shall remain the same.

5  IT IS SO ORDERED.

6

DATED: 4/5/2012

7

8  _____

DONNA M. RYU

9  United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CR 11-00151 CW
Stipulation and Order Modifying Pretrial Release
Conditions                                    2