STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: ellen_leonida@fd.org

Counsel for Defendant
JOSE RAMIREZ

FILED
APR 19 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| UNITED STATES OF AMERICA, | CR 11-00151 CW |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| v. | |
| JOSE RAMIREZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of pretrial release for Jose Ramirez may be modified to allow him to travel to Reno. Mr. Ramirez will leave on April 19, 2013 and return on April 21, 2013. While he is away, he will stay at the Peppermill Hotel, 2707 Virginia St., Reno, Nevada. Pretrial Services Officer LaDreena Walton is aware of the proposed modification and has no objection. All other conditions of release shall remain the same.

DATED: April 19, 2013           /s/
                                ELLEN V. LEONIDA
                                Assistant Federal Public Defender

DATED: April 19, 2013           /s/
                                BARBARA SILANO
                                Assistant United States Attorney

CR 11-00151 CW
Stipulation and Proposed Order Modifying
Pretrial Release Conditions                1

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Jose Ramirez may be modified to allow him to travel to Reno between April 19, 2013 and April 21, 2013. All other conditions of release shall remain the same.

IT IS SO ORDERED.

DATED: 4/19/13

_____
KANDIS A. WESTMORE FOR
DONNA M. RYU
United States Magistrate Judge

CR 11-00151 CW
Stipulation and Proposed Order Modifying
Pretrial Release Conditions                              2