1  STEVEN G. KALAR
   Federal Public Defender
2  ELLEN V. LEONIDA
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500
   Fax: (510) 637-3507
5  Email: ellen_leonida@fd.org

6  Counsel for Defendant
   JOSE RAMIREZ

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 11-00151 CW |
| Plaintiff, | STIPULATION AND ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| v. | |
| JOSE RAMIREZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of pretrial release for Jose Ramirez may be modified to allow him to travel to Reno. Mr. Ramirez will leave on June 7, 2013 and return on June 9, 2013. While he is away, he will stay at the Silver Legacy Hotel, 407 North Virginia St., Reno, Nevada. Pretrial Services Officer LaDreena Walton is aware of the proposed modification and has no objection. All other conditions of release shall remain the same.

DATED: May 28, 2013                    _____/s/_____
                                        ELLEN V. LEONIDA
                                        Assistant Federal Public Defender

DATED: May 28, 2013                    _____/s/_____
                                        BARBARA SILANO
                                        Assistant United States Attorney

CR 11-00151 CW
Stipulation and Order Modifying Pretrial Release
Conditions                                        1

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Jose Ramirez may be modified to allow him to travel to Reno between June 7, 2013 and June 9, 2013. All other conditions of release shall remain the same.

IT IS SO ORDERED.

DATED: 5/28/2013

_____
DONNA M. RYU
United States Magistrate Judge