07/01/2013 06:54 PM EDT                                                                                                                  Version 7.1    Page  1    of   1

# U.S. Courts
## Case Inquiry Report
Case Num: DCAN411CR000151;  Party Num: N/A;  Payee Code: N/A
Show Party Details: N;  Show Payee Details: N;  Show Transactions: Y

Case Number   DCAN411CR000151        Case Title   US V TREJO ET AL

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 002 | PTY16443 | JOSE LUIS PENA RAMIREZ | PACCT10729 | SPECIAL PENALTY ASSESSMENT | | 200.00 | 200.00 | 0.00 |
| | | | | | | 200.00 | 200.00 | 0.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|

**Transaction Information:**

| Document Type/Number* | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|
| Account Number | Debt Type Line# | Debt Type | | Payee Line# | Depository Line# | J/S Account Code | | |
| CT 54611013791 | 06/25/2013 | 06/25/2013 | PR | 200.00 | JOSE LUIS PENA RAMIREZ | O | 04 | 504100 |
| DCAN411CR000151-002 | 1 | SPECIAL PENALTY ASSESSMENT | | | | | | |

**\* Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CT | Cash Receipt - CCA Automated |

---

**SPECIAL ASSESSMENT PAID IN FULL**

Defendant: Jose Luis Pena Ramirez
Amount $ 200.00       Date: 6/25/13